| | |
|---|---|
| DISTRICT COURT, DENVER COUNTY, STATE OF COLORADO<br><br>Court Address:<br><br>1437 Bannock Street<br>Denver, Colorado 80202 | DATE FILED: May 18, 2016 3:49 PM<br>FILING ID: 679EC5291FFB6<br>CASE NUMBER: 2016CV31777 |
| WENDY KRUMTUM,<br><br>    Plaintiff,<br><br>v.<br><br>LOWE'S HOME CENTERS, LLC d/b/a LOWE'S AND JOHN DOE (whose true name is unknown),<br><br>    Defendant. | ▲ COURT USE ONLY ▲ |
| **Attorney for Plaintiff:**<br>Name:    Eric D. Krajewski, Esq.<br>Address:  Mintz Law Firm, LLC<br>           605 Parfet St., Suite 102<br>           Lakewood, CO 80215<br>Phone Number:  (303) 462.2999<br>FAX Number:  (303) 233.8999<br>Atty. Reg. #:  38648<br>E-mail:  edk@4injury.net | Case Number:<br><br>Div.: |
| **COMPLAINT** | |

Plaintiff, Wendy Krumtum, by and through her attorney Eric D. Krajewski, for her complaint against Defendants, alleges as follows:

<u>**JURISDICTION AND VENUE**</u>

1. At the commencement of this complaint, Plaintiff's address is 37008 CO RD 4, Idalia, Colorado 80735.

2. At all relevant time, Defendant Lowe's Home Centers, LLC d/b/a Lowe's (Defendant), is a foreign limited liability company organized and existing under the laws of the State of North Carolina. The company's principal office is located at 1605 Curtis Brigde Road, Wilkesboro, North Carolina 28697. The corporation's registered agent is Corporation Service Company, 1560 Broadway, Suite 2090, Denver, Colorado 80202. Defendant may be doing business, or otherwise known as, Lowe's, Lowe's ®, Lowe's Companies, Inc., Lowe's Home Centers, Inc., and Lowe's HIW, Inc. These names and/or any other version

1

of the corporate name, or trade name, or any other name, and any and all subsidiaries and affiliated companies, are expressly incorporated herein.

3. On or about May 24, 2014, Plaintiff was shopping in the garden section of Lowe's. Plaintiff picked up a bag of soil and as she proceeded to her cart, she stepped into the first of two holes in the concrete, or any other area that was covered by water that she did not notice, nor expect it to be there. Plaintiff's foot turned sideways causing her to fall at Defendant's store and/or property located at 10555 West Colfax Avenue, Lakewood, Colorado 80215, or any other property owned by Defendant ("subject property").

4. There may be one or more persons, entities, authorized agents, or others responsible for the subject incident and/or in possession of the subject property or legally responsible for the condition of the subject property or for the activities conducted or circumstance existing on the subject property. This defendant, or these defendants, whose true name(s) is/are unknown, will be presented in this Complaint as John Doe with the right to specifically name this defendant, or these defendants, at a later date. This includes, but is not limited to, THE HILLMAN GROUP, INC., Bissell Rental LLC, and Bissell Rental LLC # LOW-1903, or any and all other versions of these names or trade names associated with.

5. Jurisdiction and venue are proper in this Court because the incident happened in Colorado, Defendant is an out of state corporation who does business in Denver County, Defendant can be found in Denver County, and Plaintiff designates Denver County as venue.

## CLAIM FOR RELIEF
(Premises Liability Against Landowner)

6. Plaintiff hereby incorporates by reference each and every allegation contained in paragraphs 1 through 5 as though fully set forth herein.

7. Defendants are landowners under the premises liability statute for purposes of this claim because they were responsible for the subject incident and/or in possession of the subject property or legally responsible for the condition of the subject property or for the activities conducted or circumstance existing on the subject property.

8. Plaintiff was an invitee under the premises liability statute for purposes of this claim.

9. Plaintiff was injured in the subject incident when she stepped into a hole in the concrete on Defendant's premises, or any other area that was filled with water, or other dangerous substance, causing her foot to turn sideways and causing her to fall on the concrete floor.

10. Defendant had all duties imposed on them under Colorado law at the time of the incident including, but not limited to, a duty to exercise reasonable care to protect against dangers, and/or dangerous conditions, on the subject property that they knew or should have known about.

11. Such dangers on the subject property include, but are not limited to, a hole, cracked concrete or other flooring, a hole that was filled with water and was in a high customer traffic area and in plain view of employees and/or managers for some time prior to Plaintiff's fall.

12. Defendant unreasonably failed to exercise reasonable care to protect against dangers and/or dangerous conditions, of which they actually knew or should have known. Defendant was negligent, reckless, and careless.

13. Such unreasonable failures include, but are not limited to, failure to fix or repair the hole in the concrete area, failure to place warning signs around the dangerous area, dangerous hole, and/or dangerous water/liquid filling the hole, failure on the part of Defendant's employees to take precautions against creating hazardous conditions, and failure to adequately warn of dangers in customer traffic areas.

14. As a direct and proximate result of Defendant's negligence, Plaintiff was injured.

15. As a direct and proximate result of said negligence, Plaintiff suffered multiple injuries, future injuries, non-economic damages, physical impairment, medical bills, and expenses.

WHEREFORE, Plaintiff prays for judgment against Defendant for all economic, non-economic, and physical impairment damages that may be awarded by a judge as compensation for Plaintiff's injuries as set forth in the foregoing complaint and to fully compensate her for all damages, including, but not limited to, attorneys' fees allowable by law, costs, interest, and for further relief the Court deems equitable, just or proper in the circumstances.

**PLAINTIFF DEMANDS A TRIAL TO A JUDGE.**

Dated this 18th day of May, 2016.

ATTORNEY FOR PLAINTIFF:

*A duly signed original is on file at the Mintz Law Firm, LLC*

/s/ Eric D. Krajewski
Eric D. Krajewski, #38648
*Mintz Law Firm, LLC*
605 Parfet Street, Suite 102
Lakewood, Colorado 80215
Telephone: (303) 462-2999

PLAINTIFF'S ADDRESS:
37008 CO RD 4
Idalia, Colorado 80735

4